United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12070-pmm |
| Tara Yvette Wilson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 20, 2024 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tara Yvette Wilson, 118 Melvin Ave., Morrisville, PA 19067-7533 |
| 14898309 | + | K.A.R. INDUSTRIES, LLC, 61 Uncle Pete's Road, Hamilton, NJ 08691-3914 |
| 14898310 | + | K.A.R. INDUSTRIES, LLC, c/o Eastburn and Gray, PC, PO Box 1389, Doylestown, PA 18901-0137 |
| 14898318 | + | Midland Mortgage div of Midfirst Bank, P.O. Box 26648, Oklahoma City, OK 73126-0648 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14898295 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 20 2024 23:58:52 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14898296 | + | EDI: GMACFS.COM | Sep 21 2024 03:44:00 | Ally, PO BOX 380902, Minneapolis, MN 55438-0902 |
| 14898297 | + | EDI: GMACFS.COM | Sep 21 2024 03:44:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 14898298 | + | EDI: GMACFS.COM | Sep 21 2024 03:44:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14898301 | + | EDI: CRFRSTNA.COM | Sep 21 2024 03:44:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14898299 | + | EDI: CAPITALONE.COM | Sep 21 2024 03:44:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14898300 | + | EDI: CAPITALONE.COM | Sep 21 2024 03:44:00 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14898303 | + | Email/Text: bankruptcy@philapark.org | Sep 20 2024 23:51:00 | City of Philadelphia, Parking Violations Branch, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14898304 | + | EDI: WFNNB.COM | Sep 21 2024 03:44:00 | Comenity Bank/Metro Style, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14898305 | + | EDI: WFNNB.COM | Sep 21 2024 03:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14898306 | + | EDI: WFNNB.COM | Sep 21 2024 03:44:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14898307 | + | EDI: WFNNB.COM | Sep 21 2024 03:44:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14898308 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2024 23:50:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14898302 | | EDI: JPMORGANCHASE | Sep 21 2024 03:44:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 14898311 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 20 2024 23:51:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14898312 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2024 23:50:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14898313 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 20 2024 23:50:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14898314 | | Email/Text: camanagement@mtb.com | Sep 20 2024 23:50:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14898319 | | Email/Text: EBN@Mohela.com | Sep 20 2024 23:50:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 14898315 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 20 2024 23:50:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14898316 | + | EDI: AISMIDFIRST | Sep 21 2024 03:44:00 | Midfirst Bank, 999 N.W. Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 14898317 | ^ | MEBN | Sep 20 2024 23:46:43 | Midland Mortg., division of MidFirst Bk, c/o KLM Law Group, P.C, 701 Market Street STE 5000, Philadelphia, PA 19106-1541 |
| 14898320 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 20 2024 23:50:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14898321 | + | EDI: AGFINANCE.COM | Sep 21 2024 03:44:00 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14898322 | | Email/Text: Correspondence@DuncanSolutions.com | Sep 20 2024 23:50:00 | Professional Account Managment, PO Box 500, Horseheads, NY 14845-0500 |
| 14908438 | | EDI: PENNDEPTREV | Sep 21 2024 03:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14908438 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14898323 | + | Email/Text: ngisupport@radiusgs.com | Sep 20 2024 23:50:00 | Radius Global Solutions, 7831 Glenroy, Suite 250-D2, Edina, MN 55439-3117 |
| 14898324 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 20 2024 23:51:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14898325 | + | EDI: SYNC | Sep 21 2024 03:44:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14898326 | + | EDI: SYNC | Sep 21 2024 03:44:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: 318 | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| KEITH D. SKLAR | on behalf of Debtor Tara Yvette Wilson njpalaw@gmail.com r56958@notify.bestcase.com |
| REGINA COHEN | on behalf of Creditor Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST" or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T.") rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tara Yvette Wilson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5138<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   __-_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 24–12070–pmm | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tara Yvette Wilson

9/19/24                                                                              **By the court:**   Patricia M. Mayer
                                                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**